

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GEORGE GAISER, GLEN GAISER, KENNETH LANE MCCULLOUGH, and GINGER MCCULLOUGH, | § | No. 08-23-00230-CV |
| | § | Appeal from the |
| Appellants, | § | 131st Judicial District Court |
| v. | § | of Bexar County, Texas |
| BLACKSTONE CLAIM SERVICES, INC., | § | (TC# 2020-CI-08040) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order that costs shall be borne by the party incurring the same.

IT IS SO ORDERED THIS 8TH DAY OF DECEMBER 2023.

GINA M. PALAFOX, Justice

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)